UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
August 17, 2020
Robin D. Tabora, Clerk
By: _____ Deputy Clerk

**CIVIL RIGHTS COMPLAINT**

| | |
|---|---|
| Lisa Vincent | : Civil Case No. 3:20cv1196 VAB |
| v. | : |
| Susan Bysiewicz in her official capacity and | : |
| Ned Lamont in his official capacity | : August 17, 2020 |

### A. Parties

1. The Plaintiff, Lisa Vincent, is a citizen of Connecticut who presently resides at 421 West Pearl Road in Torrington, Connecticut.

2. Defendant Susan Bysiewicz is a citizen of Connecticut whose official address is Office of Lt. Governor, 210 Capitol Avenue, Hartford, Connecticut. She is employed as the Lieutenant Governor of the State of Connecticut.

3. At the time the claims alleged in this complaint arose, Defendant Bysiewicz was acting under color of law as she acted in the course of official duty while exercising her power to "order and direct" by virtue of the authority vested in her through the Constitution and laws of the State of Connecticut.

4. Defendant Ned Lamont is a citizen of the Connecticut whose official address is Office of the Governor, 210 Capitol Avenue, Hartford, Connecticut. He is employed as the Governor of the State of Connecticut.

5. At the time the claims alleged in this complaint arose, Defendant Lamont was acting under color of law as he acted in the course of his official duty while exercising his Constitution and laws of the State of Connecticut.

## B. Jurisdiction

1. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983.

2. Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3); and,

3. Jurisdiction is also invoked pursuant to the Americans With Disabilities Act of 1990, as codified, 42 U.S.C. § 12101 et seq.

## C. Nature of Case

This is a claim brought to remedy deprivations of liberty and privacy and acts of outright discrimination resulting from the arbitrary, capricious and unlawful exercise of government authority in excess of any service to the public interest asserted by the Defendants in relation to the COVID-19 Pandemic. The plaintiff seeks emergency orders of protection as well as injunctive and declaratory relief.

## D. Cause of Action

Claim 1: I am being denied my constitutional liberty as I am currently prohibited from entering any public space based on a law that is arbitrary, capricious, enacted outside of any lawful authority, discriminatory in purpose and effect, and/or intended as punishment for political speech.

1. I am an American citizen and a lifelong resident of Connecticut.

2. I am an attorney in this state, with 42 open cases in courts and administrative agencies throughout the state.

3. I am physically healthy.

4. I have a mental health disability in the form of phobia and associated panic disorder.

5. I do not believe in medicine, do not carry health insurance, do not take any medication, do not have a physician, and do not have any willingness to pursue medical treatment to access my liberty.

6. I am an educated professional with the capacity for independent thought and sound judgement.

7. Since March 10, 2020, I have been an active participant in protests, rallies, and political activities of resistance to Governor Lamont's actions in response to the pandemic.

8. On March 10, 2020, Governor Ned Lamont issued a Declaration of Civil Preparedness and Public Health Emergencies "in response to the global pandemic of COVID-19 disease associated with a novel coronavirus that is currently affecting multiple countries and states and has resulted in the spread of infections in Connecticut and surrounding states, as well as resulting in shortages of personal protective equipment and other supplies that could jeopardize pubic safety and civil preparedness, and in order to provide me and other appropriate officials with all authorities necessary to limit the spread of the COVID 19 coronavirus and protect public safety within the State of Connecticut."

9. Since declaring the Public Health and Civil Preparedness Emergencies, Governor Lamont has issued a total of 66 Executive Orders to suspend or modify statutes and to take other actions which he has declared as "necessary to protect public health and safety and to mitigate the effects of the COVID-19 pandemic."

10. On April 17, 2020, Governor Ned Lamont issued Executive Order 7BB, providing for the mandatory use of masks in public places when social distancing is not possible. This Executive Order required this face-covering rule to be included in Safe Workplace Rules and Safe Stores Rules, which were ordered at an earlier date.

11. Executive Order 7BB contained a health exception as follows: "Nothing in this order shall require the use of a mask or cloth face-covering by anyone for whom doing so would be contrary to his or her health or safety because of a medical condition. [ ] If a person declines to wear a mask or face-covering because of a medical condition as described above, such person shall not be required to produce medical documentation verifying the stated condition."

12. I immediately recognized that I would be unable to wear any type of face-covering and that attempting to wear such a face-covering would cause serious harm to my mental and emotional well-being, and lead to the physical problems that develop when I have a panic attack.

13. In my day-to-day activities I immediately experienced that most businesses were enforcing the mask rule, including the businesses where I conduct my essential business transactions, including my food store, my bank, and my local pharmacy.

14. I immediately understood, and soon experienced, that the mask rules would be enforced in public buildings including courts.

15. While the written Executive Order 7BB created a health exception, the Governor did not mention this health exception in any news conference or update that he had following the implementation of the order. In every public appearance, he made it clear that masks were required in the state of Connecticut. Other citizens whom I

encountered in public did not appear to recognize or appreciate that any person was exempt from the requirement.

16. I was harassed, questioned, intimidated, and evicted from various public places between April 17. 2020 and June 12, 2020. This caused me significant mental and emotional distress and anxiety. It also led me to significantly reduce my participation in social and community life.

17. On June 12, 2020, I filed a Citizen's Complaint with the United States Department of Justice. The Department of Justice did accept this complaint and contact me to discuss it on June 22, 2020. I have not heard anything from the DOJ since that date.

18. Between June 22, 2020 and August 14, 2020, I continued to engage in my normal activities without wearing a mask, relying on the medical exception which I needed to claim repeatedly in both public and private businesses. I continued to file regular complaints with multiple businesses as I was routinely interfered with and harassed.

19. Between April 17 and August 14, 2020, Governor Ned Lamont engaged in repeated public speech wherein he encouraged all good people to confront, challenge, and engage with those persons who were not wearing a mask. He referenced people who do not wear masks as being unlawful, disrespectful, and dangerous. He posted a public forum a meme that said "No mask on your face, you big disgrace, spreading your germs all over the place." He disparaged and disrespected the people who were not wearing masks without once reiterating that some people, perhaps many, have some disability that renders them unable to wear a mask.

20. Between April and August 14, 2020, Governor Ned Lamont also engaged in repeated public speech criticizing those persons who have engaged in political protests in response to his shutdown of the Connecticut economy. He has portrayed those persons as dangerous, irresponsible, and disrespectful.

21. By May 31, 2020, the Centers for Disease Control, the World Health Organization, and many independent medical studies published in various journals concluded beyond dispute that the characteristics of COVID-19 that were feared in early 2020 were not actually real. Specifically, the fatality rate, the contagion rate, and the capacity for asymptomatic transmission were substantially lower than originally feared, with the risk of asymptomatic transmission being virtually zero.

22. By May 31, 2020, Dr. Anthony Fauci had conceded that the use of masks in non-medical settings was not actually effective at controlling spread of this virus, and that in fact, the wearing of masks was a means of "virtue signaling." Multiple doctors agree with him and published their sentiments in the New England Journal of Medicine.

23. By May 31, 2020, the rate of COVID-19 infection in Connecticut was one of the lowest in the country, and the public health threat that hospital capacity would be overwhelmed was resolved in the entirety.

24. Notwithstanding the factual success of the control of COVID-19 in Connecticut, Governor Lamont has continued to incite panic and overreaction and has continued to issue Executive Orders without any legislative involvement.

25. On Sunday, August 2, 2020, I attended "Connecticut Freedom Rally! No New Normal!" This political rally took place on the Capitol lawn in Hartford, Connecticut. Approximately 200 people were in attendance. There were multiple conservative-

minded political speakers, playing of the National Anthem, and many Trump flags waving. News media were in attendance as well.

26. At the rally, I observed many people to be wearing masks and most people were socially distant from each other. Midway through the rally it began to rain heavily and many participants, including me, ran for cover on the Capitol steps. At the time we were moved up the stairs, we were no longer socially distant from each other. We remained on the steps until every scheduled speaker had their opportunity to speak.

27. On August 3, 2020, Ned Lamont held a joint news conference with Dr. Anthony Fauci.

28. On August 3, 2020, Dr. Anthony Fauci stated, "Connecticut is in a good place. The numbers that the Governor just showed are really indicative that you now are in a situation that in many respects you have the upper hand because when you do get new cases you have the capability of containment as opposed to mitigation."

29. As of August 3, 2020, a total of 50,062 Connecticut citizens had experienced a COVID-19 infection. There are 3,570,000 citizens in this state, thus approximately 1.4% of citizens have had the illness. Of those, 4437 people had died as of August 3, 202, representing 0.1 % of the population and 8.0% of those who contracted the illness. Of those deaths, 89% involved people over the age of 65, with most having preexisting health conditions.

30. During the August 3 news conference, Dr. Fauci was asked: "Yesterday here at the state capitol in Connecticut, there was a rally where doctors were speaking on how science points to wearing a mask is quote on quote useless, which you're spoken out against. What's the message to those who still believe that wearing a mask is

unnecessary and are now using science to back that message?" His answer was: "Well, first of all there are now have accumulated over the past couple of months and even data before then if you look at the totality of the data which is masks, together with social distancing, avoiding crowds, masks as part of this have been shown in metaanalysis to diminish the infection transmissibility and acquisition by a significant percent. No intervention in and of itself is perfect, but there is no doubt that wearing masks properly, wearing them indoors particularly, and outdoors also, keeping social distance, clearly, clearly is beneficial in preventing the resurgence of infection and turning around the kind of resurgences that we have seen in the southern states. For those who say, don't wear a mask, there is no benefit, that is untrue and misleading."

31. At the August 3 news conference, Governor Lamont was asked: "Governor, another reporter mentioned that rally outside the Capitol yesterday. What is your response to that rally, and I know you've preferred a lighter touch with the people who don't follow social distancing, but do you have any response to the people who are kind of openly flouting the orders you've put in place?" He answered: "Yeah. We're going to deal with that strictly. We're looking at the possibility of fines and other ways we can hold people accountable, especially as you point out when they openly flout it. Uh, that creates a dangerous situation not just for them but as Dr. Fauci says, for the greater community, and we're not going to stand for it."

32. On August 10, 2020 Governor Lamont held another news conference. He presented a diagram entitled "Cracking Down on Risky Behavior." He indicated that those people not wearing a mask because of a medical condition will require documentation and there will be fines and closures for businesses violating rules.

33. On August 11, 2020, at a press conference, Governor Lamont stated, "We have a lot of people who say, hey, I don't wear a mask in this store because I have a medical condition. Well, I think people are beginning to abuse that privilege. So from here on out, just bring your doctor's permission with you. When you're not wearing a mask and you're in that store, you're in that private area – because that's what the rules are."

34. On August 14, 2020, Lieutenant Governor Susan Bysiewicz signed Executive Order 7NNN. This order repealed Executive Order 7BB and replaced it with new language relating to mandatory mask use. "Effective immediately, any person in a public place in Connecticut, whether indoors or outdoors, who does not maintain a safe social distance of approximately six fee from every other person, shall cover their mouth and nose with a mask or cloth face-covering. [ ] Nothing in this order shall require the use of a mask or cloth face-covering by anyone for whom doing so would be contrary to his or her health or safety because of a medical condition []. Any person who declines to wear a mask or face covering because of a medical condition shall be exempt from this order and any requirement to wear masks in Sector rules or other rules [] but only if such person provides written documentation that the person is qualified for the exemption from a licensed medical provider, the Department of Developmental Services, or other state agency that provides or supports services for people with emotional, intellectual or physical disabilities, or a person authorized by any such agency."

35. In language explaining the justification for this new order, Defendant Bysiewicz acknowledges that 'the residents of Connecticut have shown perseverance and diligence in using protective measures such as face coverings, distancing and

adherence to size limits on social and recreational gatherings." She further acknowledges "resulting success in reducing and limiting the prevalence of COVID-19 infections."

36. In explaining the justification for this new order, Defendant Bysiewicz claims that "state and local public health officials, as well as other municipal officials, have reported instances of non-compliance with mask requirements and disregard of restrictions imposed on social and recreational gatherings; and [] public health officials and municipal officials have reported that some people who refuse to wear a mask have falsely claimed a medical reason for doing so, and that some organizations philosophically opposed to these scientifically proven health public health protections have urged their members or those attending protests to claim a medical exemption because Executive Order 7BB does not require documentation."

37. Allegations that people with disabilities are prone to lie or to be disrespectful of authority or disrespectful of the public good, dangerous or evil are common stigmas associated with mental illness. There is no basis to believe that people with disabilities who are unable to wear a mask are lying or otherwise behaving badly.

38. There is no basis to support a claim that people with opposing philosophical views are lying and claiming a health condition that they do not have.

39. Theses is no possible way any person would be able to determine whether any individual person claiming a health exception has a valid health exception or not, as there are many people, including this plaintiff, who have conditions which would not be visible to anyone.

40. The current known facts about COVID-19 infection and transmission in Connecticut are evidence that the pandemic is under control and that the control can be maintained by continuing with successful interventions. There is no evidence that additional or more rigid interventions are needed for the public health.

41. It is dangerous to the public health for people with disabilities to be excluded from public life, or to compel them to carry letters identifying them as "qualified" to be in public without a face covering.

42. The Plaintiff claims that Executive Order 7NNN was actually enacted to punish the political speech that took place on August 2, 2020 and to quell any public opposition to the draconian restrictions on normal life that this administration has imposed in the interest of public health.

### E. Request for Relief

The plaintiff seeks injunctive and declaratory relief.

### F. Jury Demand

There is no request for a jury.

*Lisa M. Vincent*
Lisa M. Vincent
421 West Pearl Road
Torrington, CT 06790
(860)806-5270
AttorneyLVincent@gmail.com