

United States Department of Justice
*United States Attorney*
*District of Connecticut*
*157 Church Street, 25th Floor*
*New Haven, Connecticut 06510*
*(203) 821-3700*
*Fax (203) 773-5376*
*E-Mail: USACT.Citizenscomplaint@usdoj.gov*
*www.justice.gov/usao-ct*

# CITIZEN'S COMPLAINT FORM

Please note: **The United States Attorney** is responsible for the prosecution of violations of federal laws and for representing officers and agencies of the federal government in civil actions. Accordingly, our office can only undertake those cases falling within our authority.

If you will provide us with the facts of your complaint, inquiry will be made to determine whether the facts merit action by this Office.

If you have any questions, please indicate them on this form.

You make take this form with you and when you have completed it, mail it back to the above address.

**DO NOT WRITE ABOVE THIS LINE**

Today's Date: June 12, 2020
Your Name: Lisa Vincent
Address: 421 West Pearl Road
Torrington, CT 06790
Phone Number: 860-806-5270 / 860-626-8986
Your E-Mail: AttorneyLVincent@gmail.com

Were you referred to this Office by any agency or, public official? ☐ Yes ☒ No
If yes, please name them: _____

If you have an attorney representing you in this matter, please give the full name and address: N/A

Have you advised your attorney of the complaint to this office? ☐ Yes ☒ No

Is there a court action pending which pertains to this matter? ☐ Yes ☒ No

If yes, please give case number and court: _____

List all public agencies you may have contacted regarding this complaint: Office of Governor Ned Lamont & Mohegan Sun/Mohegan Tribe

Exhibit A

State the details of your complaint or information below. Use the attached sheet if necessary. If you have any relevant documents, please attach **COPIES** only. **DO NOT SEND ORIGINAL DOCUMENTS.** Do you represent the information you have provided to be true?

Your Name: Lisa Vincent          Today's Date: June 12, 2020

I am a licensed attorney in the State of Connecticut. I am also an individual with a mental health disability, specifically a panic disorder related to phobia. As a direct result of my mental health condition I am unable to wear a mask or any other covering of my face. I am very upset and in need of help because Governor Ned Lamont is encouraging every single business, agency, and citizen to demand I wear a mask even though his written executive order creates an exception for me. I have been questioned, verbally attacked, embarrassed and harassed. I do not want to walk around talking about my disability or explaining myself to people. I just want to be able to live my life in peace + freedom and I am not being allowed to do that. I have had specific problems, and have filed specific complaints to Stop + Shop, Peoples United Bank, Tractor Supply, The Henny Penny, Murcury Gas, and Mohegan Sun. I have had problems and have not filed complaints at many other places, including Five Guys, Texas Roadhouse, and The Wood-n-Tap, all restaurants.

Your Name: Lisa Vincent                    Today's Date: June 12, 2020

I have not complained because I understand they are acting at the governor's direction and because eating at a restaurant is not a necessity. But it is still discrimination. I have had to enter two courthouses so far — in Hartford on Lafayette Street and in Waterbury at 400 Grand Street. I was allowed access at both locations, but not without disclosing my disability to the marshals, in a public space, in an embarrasing way. As an attorney I am concerned that this public disclosure and exposure is causing harm to my professional interests. This problem is likely to increase as courts begin to reopen.

My problems came to a head today as I attempted to request an ADA accommodation at Mohegan Sun Casino. They will not grant an exception to their mask requirement. Guest relations specifically told me that if Mohegan Sun grants an exception for my disabily, our governor has threatend to revoke their liquor license. I really hope you will help defend my civil rights.

Email Form to USACT.Citizenscomplaint@usdoj.gov

or print and send completed form and any supporting documention to:

Citizen's Complaint
United States Attorney's Office, District of Connecticut
157 Church Street, 25th Floor
New Haven, CT  06510